# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2025-0131
Lower Tribunal No. 2022-CF-007303

_____

KELWIN DEDHO PALMA,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Polk County.
Dana Y. Moore, Judge.

October 28, 2025

PER CURIAM.

AFFIRMED.

WHITE, SMITH and MIZE, JJ., concur.


Michael Hrdlicka, of Gomez & Touger, P.A., Lakeland, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Lara E. Breslow, Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED